AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Daniel Scott<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 3:20mj220 (RAR)<br><br>MAR 3 2020 AM9:50<br>FILED-USDC-CT-NEW_HAVEN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 2020 through March 2020  in the county of  New London  in the _____ District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Interstate Threats |

This criminal complaint is based on these facts:

See the attached affidavit of ATF Special Agent Gregory Macksoud, which is incorporated by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S/A Gregory Macksoud
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  3/2/2020

/s/ Robert A. Richardson
*Judge's signature*

City and state:  Hartford, Connecticut

Robert A. Richardson, U.S.M.J.
*Printed name and title*