UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL SCOTT | No. 3:20-cr-044 (MPS) |

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S FINDINGS

Having reviewed the transcript of the change of plea proceeding held on March 9, 2021, I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made and is supported by an adequate factual basis. The recommendation that the defendant's plea of guilty be accepted is hereby adopted. Accordingly, a finding of guilty will enter forthwith. The parties and the United States Probation Office shall follow the schedule already set by the Court. ECF No. 68.

It is so ordered.

ENTERED at Hartford, Connecticut, this 17th day of May, 2021.

                                                                                     /s/
                                                       Michael P. Shea
                                                       United States District Judge